NO. 07-10-0197-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

FEBRUARY 21, 2013

BROCK LOVETT, D.C.,

Appellant

v.

AARON FELTON,

Appellee

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 96,370-E; HONORABLE DOUGLAS WOODBURN, PRESIDING

*On Motion to Dismiss*

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Brock Lovett, D.C. has filed a motion to dismiss his appeal, signed by appellant's attorney, because appellant and appellee have entered into a settlement agreement. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice